**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In the Matter of the Arrest of: | ) | Case No. 2:15-mj-00624-NJK |
| | ) | ORDER |
| PAUL GIERI | ) | |
| | ) | |

The United States arrested Paul Gieri on July 25, 2015.  The Court provided the United States with several extensions to submit a complaint for the undersigned's review by which to charge Mr. Gieri with a crime.  The United States has failed to submit any complaint against Mr. Gieri.  As such, there are no charges pending against Mr. Gieri at this time.  The Court hereby **SETS** a hearing in this matter for 3:00 p.m. today, July 27, 2015, in Courtroom 3C.

IT IS SO ORDERED.

DATED:  July 27, 2015

NANCY J. KOPPE
United States Magistrate Judge